**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sandra A. McCall<br>　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-12494 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734