UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:  Sandra A. McCall  Debtor | : : : : : | Chapter 13  Case No.: 17-12494SR |
|---|---|---|

### ORDER GRANTING DEBTOR'S MOTION TO APPOINT PERSONAL INJURY ATTORNEY AND APPROVE PERSONAL INJURY SETTELEMENT

AND NOW, this _____ day of _____, 2017 upon consideration of the Motion to Appoint Personal Injury Attorney and Approve Personal Injury Settlement it is hereby ORDERED and DECREED that Neil I. Mitten, Esq. may represent the Debtor in her personal injury case, and the Debtor may settle her personal injury case in accordance with said Motion and Distribution Sheet, and lastly the Debtor may receive her Exempted damage award;

FURTHER ORDERED:

**Dated: September 14, 2017**

_____
Hon. Stephen Raslavich