United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12494-sr
Sandra A. McCall                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 14, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db              +Sandra A. McCall,    780 North 25th Street,    Philadelphia, PA 19130-2437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Sandra A. McCall brad@sadeklaw.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Sandra A. McCall | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-12494SR |

## ORDER GRANTING DEBTOR'S MOTION TO APPOINT PERSONAL INJURY ATTORNEY AND APPROVE PERSONAL INJURY SETTELEMENT

AND NOW, this _____ day of _____, 2017 upon consideration of the Motion to Appoint Personal Injury Attorney and Approve Personal Injury Settlement it is hereby ORDERED and DECREED that Neil I. Mitten, Esq. may represent the Debtor in her personal injury case, and the Debtor may settle her personal injury case in accordance with said Motion and Distribution Sheet, and lastly the Debtor may receive her Exempted damage award;

FURTHER ORDERED:

**Dated: September 14, 2017**

_____
Hon. Stephen Raslavich