Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-12494-AMC

SANDRA A. MC CALL  
780 NORTH 25TH STREET  
PHILADELPHIA  PA    19130

Petition Filed Date: 04/07/2017  
341 Hearing Date: 06/09/2017  
Confirmation Date: 09/20/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $697.00 | 25577213152 | 02/26/2019 | $697.00 | 25685750665 | 03/22/2019 | $697.00 | 25451958756 |
| 05/03/2019 | $697.00 | 25015084378 | 06/04/2019 | $697.00 | 25317869534 | 07/08/2019 | $697.00 | 25968986098 |
| 08/02/2019 | $697.00 | 25317830935 | 08/27/2019 | $697.00 | 25317876892 | 10/04/2019 | $697.00 | 26073599275 |
| 11/05/2019 | $697.00 | 26230527180 | 12/05/2019 | $697.00 | 25736751404 | 01/22/2020 | $697.00 | 26376068057 |
| 02/11/2020 | $697.00 | 26491206903 | 03/23/2020 | $697.00 | 25736776896 | 06/11/2020 | $697.00 | 25015402113 |
| 06/22/2020 | $697.00 | 25015402258 | | | | | | |

**Total Receipts for the Period: $11,152.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,907.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN HERITAGE FCU<br>»» 001 | Unsecured Creditors | $22,028.20 | $12,262.07 | $9,766.13 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $105.07 | $48.74 | $56.33 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $11,880.42 | $6,613.25 | $5,267.17 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $1,433.70 | $1,433.70 | $0.00 |
| 5 | BRAD J SADEK ESQ<br>»» 005 | Attorney Fees | $2,390.00 | $2,390.00 | $0.00 |

**Chapter 13 Case No. 17-12494-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $24,907.00 | Current Monthly Payment: | $697.00 |
| Paid to Claims: | $22,747.76 | Arrearages: | $2,825.00 |
| Paid to Trustee: | $2,149.47 | Total Plan Base: | $41,672.00 |
| Funds on Hand: | $9.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.