Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 17-12494-AMC

SANDRA A. MC CALL  
780 NORTH 25TH STREET  
PHILADELPHIA  PA    19130

Petition Filed Date: 04/07/2017  
341 Hearing Date: 06/09/2017  
Confirmation Date: 09/20/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $697.00 | 26376068057 | 02/11/2020 | $697.00 | 26491206903 | 03/23/2020 | $697.00 | 25736776896 |
| 06/11/2020 | $697.00 | 25015402113 | 06/22/2020 | $697.00 | 25015402258 | 08/25/2020 | $697.00 | 26731476145 |
| 09/02/2020 | $697.00 | 25736787134 | 09/10/2020 | $697.00 | 26856230973 | 09/15/2020 | $734.00 | 26856212400 |
| 09/17/2020 | $697.00 | 26856212668 | 10/21/2020 | $697.00 | 26731488565 | 11/20/2020 | $697.00 | 25736793568 |
| 01/04/2021 | $697.00 | 25736799058 | 02/02/2021 | $698.00 | 27049582225 | 03/04/2021 | $697.00 | 25736765602 |
| 03/26/2021 | $697.00 | 27049889711 | 05/03/2021 | $697.00 | 25736797980 | 06/02/2021 | $697.00 | 27297825175 |

**Total Receipts for the Period: $12,584.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,006.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN HERITAGE FCU<br>»» 001 | Unsecured Creditors | $22,028.20 | $17,240.58 | $4,787.62 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $105.07 | $68.30 | $36.77 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $11,880.42 | $9,298.31 | $2,582.11 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $1,433.70 | $1,433.70 | $0.00 |
| 5 | BRAD J SADEK ESQ<br>»» 005 | Attorney Fees | $2,390.00 | $2,390.00 | $0.00 |

**Chapter 13 Case No. 17-12494-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,006.00 | Current Monthly Payment: | $697.00 |
| Paid to Claims: | $30,430.89 | Arrearages: | $696.00 |
| Paid to Trustee: | $2,933.88 | Total Plan Base: | $41,672.00 |
| Funds on Hand: | $641.23 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.