Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 17-12494-AMC**

SANDRA A. MC CALL  
780 NORTH 25TH STREET  
PHILADELPHIA  PA    19130

Petition Filed Date: 04/07/2017  
341 Hearing Date: 06/09/2017  
Confirmation Date: 09/20/2017

Case Status: Completed on 6/22/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $697.00 | 25736797980 | 06/02/2021 | $697.00 | 27297825175 | 07/08/2021 | $697.00 | 26841830310 |
| 08/11/2021 | $697.00 | 26841832110 | 08/30/2021 | $697.00 | 27123478828 | 10/05/2021 | $697.00 | 27297872414 |
| 11/02/2021 | $697.00 | 26841836586 | 12/21/2021 | $697.00 | 26841840142 | 02/01/2022 | $697.00 | 25736780428 |
| 03/10/2022 | $697.00 | 26841843101 | 04/20/2022 | $697.00 | 26841845327 | 06/07/2022 | $697.00 | 26841850211 |
| 06/22/2022 | $429.00 | 26841845801 | | | | | | |

**Total Receipts for the Period:  $8,793.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $41,405.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN HERITAGE FCU<br>»» 001 | Unsecured Creditors | $22,028.20 | $22,028.20 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $105.07 | $105.07 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $11,880.42 | $11,880.42 | $0.00 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $1,433.70 | $1,433.70 | $0.00 |
| 5 | BRAD J SADEK ESQ<br>»» 005 | Attorney Fees | $2,390.00 | $2,390.00 | $0.00 |

**Chapter 13 Case No. 17-12494-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,405.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $37,837.39 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,567.61 | Total Plan Base: | $41,672.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.