Certificate Number: 03088-PAE-DE-036786730

Bankruptcy Case Number: 17-12494



03088-PAE-DE-036786730

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2022, at 9:08 o'clock AM CDT, Sandra A McCall completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 26, 2022                By:     /s/Doug Tonne

                                       Name:   Doug Tonne

                                       Title:  Counselor